UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL A DIPONIO,

    Plaintiff,

v.

                        Case No. 21-cv-11499
                        Hon. Matthew F. Leitman

DENIS MCGUCKIN, *et al.*,

    Defendants.

_____/

## ORDER GRANTING DEFENDANT NICK DALY'S MOTION TO DISMISS (ECF No. 20)

On January 25, 2023, the Court held a hearing on Defendant Nick Daly's Motion to Dismiss (ECF No. 20). For the reasons stated on the record during that hearing, that motion is **GRANTED** and all claims against Defendant Daly are **DISMISSED WITH PREJUDICE.**

    IT IS SO ORDERED.

                                                  s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated:  January 25, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 25, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
