UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL A. DIPONIO,

    Plaintiff,

v.

Case No. 21-cv-11499
Hon. Matthew F. Leitman

DENIS MCGUCKIN, *et al.*,

    Defendants.

_____/

## JUDGMENT

In accordance with the Order entered on this day and on January 25, 2023,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendants and against Plaintiff.

                KINIKIA ESSIX
                CLERK OF COURT

        By:   s/Holly A. Ryan
                Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  August 20, 2024
Detroit, Michigan